# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN ACKER,<br><br>    Petitioner,<br><br>    v.<br><br>DAWN DAVIDSON, WARDEN,<br><br>    Respondent. | CV 09-8675 JSL (AGR)<br><br>ORDER DISMISSING<br>PETITION WITH PREJUDICE |

The matter before the Court is Petitioner Maryann Acker's Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 ("Petition"). Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law, the Court finds that there is no legal basis for relief.

THEREFORE, IT IS HEREBY ORDERED that the Petition is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: July 5, 2011

_____
J. Spencer Letts
United States District Judge