**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARYANN ACKER, | ) |
| Petitioner, | ) CV 09-8675 JSL (AGR) |
| v. | ) JUDGMENT |
| DAWN DAVIDSON, WARDEN, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 5, 2011

_____
J. Spencer Letts
United States District Judge